JHS

2:18 - 4686

JS 44 (Rev 06/17)

# CIVIL COVER SHEET

18   4586

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM)*

## I. (a) PLAINTIFFS

Christopher Antoniacci and Phyllis E. McGrady

1042 Washington Crossing Road, Washington Crossing, PA

**(b)** County of Residence of First Listed Plaintiff   Bucks
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Michael J. Clement, Esq.   Phone: 610-825-8400

Wisler Pearlstine, LLP, 460 Norristown Road, Blue Bell, PA

## DEFENDANTS

Vergara Contracting, LLC, Adolfo Vergara and Oscar Amarilla

1140 Oak Road, Whitehouse Station, NJ 08889

County of Residence of First Listed Defendant   Hunterdon
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U S Government Plaintiff
- ☐ 2  U S Government Defendant
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☒ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for Nature of Suit Code Descriptions

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | | ☐ 893 Environmental Matters |
| | Medical Malpractice | | Leave Act | | ☐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U S Plaintiff | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS— Third Party | Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | Agency Decision |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 445 Amer w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | State Statutes |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U S Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*
Diversity 28 U.S.C. Section 1332(a)

Brief description of cause
Motor Vehicle Accident

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F R Cv P

**DEMAND $75,000** (exceeds)

CHECK YES only if demanded in complaint
**JURY DEMAND:**  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*

JUDGE   DOCKET NUMBER   OCT 18 2018

DATE   October 11, 2018

SIGNATURE OF ATTORNEY OF RECORD   *Michael J Clement*

Michael J. Clement, Esq.

**FOR OFFICE USE ONLY**

RECEIPT #        AMOUNT        APPLYING IFP        JUDGE        MAG JUDGE



**18    4586**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: ___ both Plaintiffs  1042 Washington Crossing Rd, PO Box 1052, Washington Crossing, PA 18977 ___

Address of Defendant: ___ all three Defendants  1140 Oak Road, Whitehouse Station, NJ  08889 ___

Place of Accident, Incident or Transaction: ___ Aquetong Road at Rte  232, Solebury Township, Bucks County, PA ___

---

**RELATED CASE, IF ANY:**

Case Number: _____     Judge: _____     Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1.  Is this case related to property included in an earlier numbered suit pending or within one year      Yes ☐    No ☒
    previously terminated action in this court?

2.  Does this case involve the same issue of fact or grow out of the same transaction as a prior suit      Yes ☐    No ☒
    pending or within one year previously terminated action in this court?

3.  Does this case involve the validity or infringement of a patent already in suit or any earlier      Yes ☐    No ☒
    numbered case pending or within one year previously terminated action of this court?

4.  Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights      Yes ☐    No ☒
    case filed by the same individual?

I certify that, to my knowledge, the within case ☐ is / ☒ is not  related to any case now pending or within one year previously terminated action in
this court except as noted above.
DATE: ___ October 24, 2018 ___                    Attorney-at-law / XXXXXXXXXX              PA Atty ID # 20039
                                                                                                       Attorney I.D # (if applicable)

---

**CIVIL:** (Place a √ in one category only)

**A.**   *Federal Question Cases:*                          **B.**   *Diversity Jurisdiction Cases:*

☐  1.   Indemnity Contract, Marine Contract, and All Other Contracts      ☐  1.   Insurance Contract and Other Contracts
☐  2.   FELA                                                              ☐  2.   Airplane Personal Injury
☐  3.   Jones Act-Personal Injury                                         ☐  3.   Assault, Defamation
☐  4.   Antitrust                                                         ☐  4.   Marine Personal Injury
☐  5.   Patent                                                            ☒  5.   Motor Vehicle Personal Injury
☐  6.   Labor-Management Relations                                        ☐  6.   Other Personal Injury *(Please specify):* _____
☐  7.   Civil Rights                                                      ☐  7.   Products Liability
☐  8.   Habeas Corpus                                                     ☐  8.   Products Liability – Asbestos
☐  9.   Securities Act(s) Cases                                           ☐  9.   All other Diversity Cases
☐ 10.   Social Security Review Cases                                                *(Please specify)* _____
☐ 11.   All other Federal Question Cases
            *(Please specify)* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, ___ Michael J  Clement ___, counsel of record or XXXXXXXXXX, do hereby certify:

☒   Pursuant to Local Civil Rule 53 2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case
     exceed the sum of $150,000 00 exclusive of interest and costs.

☐   Relief other than monetary damages is sought

DATE ___ October 24, 2018 ___                    Attorney-at-Law / XXXXXXXXXX              PA Atty ID # 20039
                                                                                                       Attorney I D # (if applicable)

NOTE  A trial de novo will be a trial by jury only if there has been compliance with F R C P 38.

Civ 609 (5/2018)

OCT 18 2018

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CASE MANAGEMENT TRACK DESIGNATION FORM**

| | | |
|---|---|---|
| CHRISTOPHER ANTONIACCI, ET AL. | : | CIVIL ACTION |
| v. | : | **18    4586** |
| VERGARA CONTRACTING, LLC, ET AL. | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus -- Cases brought under 28 U.S.C. § 2241 through § 2255.                          ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
     and Human Services denying plaintiff Social Security Benefits.                                ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
     exposure to asbestos.                                                                         ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
     commonly referred to as complex and that need special or intense management by
     the court. (See reverse side of this form for a detailed explanation of special
     management cases.)                                                                            ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.                (XX)

| October 11, 2018 | Michael J. Clement, Esq. | Plaintiffs Christopher Antoniacci and |
|---|---|---|
| **Date** | **Attorney-at-law** | **Attorney for** Phyllis E. McGrady |
| 610-825-8400 | 610-828-4887 | mclement@wispearl.com |

| **Telephone** | **FAX Number** | **E-Mail Address** |
|---|---|---|

(Civ. 660) 10/02

OCT 18 2018



UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER ANTONIACCI<br>AND PHYLLIS E. McGRADY, H/W | : | **18 4586** |
| | : | |
| V. | : | No. _____ |
| | : | |
| VERGARA CONTRACTING, LLC;<br>ADOLFO VERGARA;<br>AND OSCAR AMARILLA | : | |

## **COMPLAINT**

Plaintiffs Christopher Antoniacci and Phyllis E. McGrady hereby file this Complaint against Defendants Vergara Contracting, LLC, Adolfo Vergara and Oscar Amarilla and, in support thereof, aver:

**PARTIES:**

**1.** Plaintiff Christopher Antoniacci is an adult and competent individual, and the husband of Phyllis E. McGrady, residing at 1042 Washington Crossing Road, Washington Crossing, Bucks County, Pennsylvania.

**2.** Plaintiff Phyllis E. McGrady is the wife of Christopher Antoniacci and is an adult and competent individual residing at 1042 Washington Crossing Road, Washington Crossing, Bucks County, Pennsylvania.

**3.** Defendant Oscar Amarilla is an adult and competent individual with a last known address he supplied to the police for a vehicle accident report at 1140 Oak Road, Whitehouse Station, New Jersey 08889.

{01727311 }                                    1

**4.** Defendant Vergara Contracting, LLC is a limited liability company with a business office at 1140 Oak Road, Whitehouse Station, New Jersey 08889.

**5.** Defendant Adolfo Vergara is an adult and competent individual, being the sole member and proprietor of Vergara Contracting, LLC, with a business office at 1140 Oak Road, Whitehouse Station, New Jersey 08889.

### JURISDICTION AND VENUE:

**6.** This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1332(a) because the parties are of diverse citizenship and the amounts in controversy exceed $75,000.00.

**7.** Venue is proper in this District pursuant to 28 U.S.C. §1391(a) because the claims arose in this District and/or substantially part of the events or omissions forming the basis of, or giving rise to, the claims occurred in this District. In addition, Defendant Adolfo Vergara and Defendant Vergara Contracting, LLC do business in the Commonwealth of Pennsylvania and the matters giving rise to this Complaint occurred in the Eastern District of Pennsylvania.

### FACTS:

**8.** On September 2, 2017, at approximately 8:30 a.m. Christopher Antoniacci was driving a 2011 Jeep Cherokee owned by his wife, Phyllis E. McGrady, travelling south on Aquetong Road at Route 232 when he stopped and then proceeded into the intersection.

**9.** At that time and place on September 2, 2017, at approximately 8:30 a.m., Defendant Oscar Amarilla was driving a 2002 Ford F350 truck owned by Adolfo Vergara and was on the business and was performing duties for and at the direction of Adolfo Vergara and/or Vergara Contracting, LLC; he was travelling west on Route 232 at its intersection with Aquetong Road in Bucks County, Pennsylvania, when he ignored a stop sign governing his travel lane and

{01727311 }                                   2

drove through the intersection at a high rate of speed, crashing into the driver's side of the Jeep vehicle then and there being lawfully operated by Plaintiff Christopher Antoniacci.

**10.**     Defendant Amarilla was careless and negligent in the operation of the 2002 Ford F350 truck when he ignored the stop sign governing his lane of travel and drove at a high rate of speed into the driver's side of Plaintiff Antoniacci's plainly visible vehicle, thereby resulting in serious and permanent injuries and damage to Plaintiff Christopher Antoniacci.

**11.**     On  September 2, 2017, Defendant Amarilla was an unlicensed driver, having no license to operate a vehicle in either Pennsylvania or New Jersey.

**12.**     On September 2, 2017, Amarilla was on the business of, performing duties for, and operating the vehicle under the direction and instruction of its owner, Defendant Adolfo Vergara, who knew or should have known that Defendant Amarilla was an unlicensed driver.

**13.**     On September 2, 2017, Defendant Amarilla was driving the 2002 Ford F350 truck on the business of, performing duties for, and pursuant to the contracting operations of Vergara Contracting, LLC, as directed by its managing member, Defendant Adolfo Vergara.

**14.**     Defendant Vergara Contracting, LLC, through its managing member Adolfo Vergara, was responsible for the actions of its agent/employee, Defendant Amarilla, on September 2, 2017.

**15.**     Defendant Vergara Contracting, LLC, through it managing member Adolfo Vergara, was careless and negligent in: (i) hiring an unlicensed Oscar Amarilla; (ii) failing to properly supervise Oscar Amarilla; (iii) failing to determine if Oscar Amarillo could safely operate a Ford F350 truck; and (iv) negligently entrusting Defendant Amarilla to drive the 2002 Ford F350 truck on its business and in connection with its operations on September 2, 2017.

{01727311 }                                     3

**16.**     Defendant Adolfo Vergara was careless and negligent in: (i) hiring an unlicensed Oscar Amarilla; (ii) failing to properly supervise Oscar Amarilla; (iii) failing to determine if Oscar Amarillo could safely operate a Ford F350 truck; and (iv) negligently entrusting Defendant Amarilla to drive the 2002 Ford F350 truck on its business and in connection with its operations on September 2, 2017.

**17.**     As a direct and proximate result of the carelessness and negligence of the Defendants as aforesaid, Christopher Antoniacci sustained serious head, back and leg injuries, including, without limitation:

> Traumatic brain injury including severe concussion;
> Severe facial injuries including the loss of five teeth;
> Orthodontic nerve damage resulting in 4 root canal procedures;
> Acute compressed fracture of the T-12 vertebra
> Contusion of the T-11 vertebra body;
> Coccyx deformity and back injuries;
> Left knee damage;
> Bruises, contusions and lacerations.

**18.**     As a direct and proximate result of the carelessness and negligence of the Defendants, Plaintiff Christopher Antoniacci required and will continue to require medical care and treatment, surgery, physical therapy, x-rays, diagnostic testing, use of pain medications, and the use of rehabilitative services.

**19.**     As a direct and proximate result of the carelessness and negligence of the Defendants, Plaintiff Christopher Antoniacci has incurred medical expenses and he will continue to incur medical expenses for the care and treatment of his injuries for a long time and indefinite time in the future.

**20.**     As a direct and proximate result of the carelessness and negligence of the Defendants, Plaintiff Christopher Antoniacci has suffered a loss of earnings, and earnings capacity, as well as impairment of his future earning capacity.

**21.**     As a direct and proximate result of the carelessness and negligence of the Defendants, Plaintiff Christopher Antoniacci has suffered and will continue to suffer from pain, discomfort, inconvenience, anxiety, embarrassment, disability, the inability to engage in his usual activities, and the deprivation of the ordinary and usual enjoyment of life and life's pleasures.

**22.**     As a direct and proximate result of the carelessness and negligence of the Defendants, Plaintiff Phyllis E. McGrady, the wife of Plaintiff Christopher Antoniacci, has suffered and will continue to suffer the loss of the comfort, companionship and consortium of her husband Christopher Antoniacci.

### CAUSES OF ACTION.

COUNT I -- CHRISTOPHER ANTONIACCI v. OSCAR AMARILLA.

**23.**     Plaintiff Christopher Antoniacci incorporates herein by reference the averments contained in Paragraphs 1 through 22 as if the same were fully set forth herein.

WHEREFORE, Plaintiff Christopher Antoniacci prays this Honorable Court grant judgment in his favor and against Defendant Oscar Amarilla for compensatory damages in an amount in excess of the arbitration limit established by Rule 53.2 of the Local Rules of Civil Procedure of the Eastern District of Pennsylvania, together with interest, costs of suit, and such other relief as this Honorable Court deems just and proper.

{01727311 }                                           5

COUNT II -- CHRISTOPHER ANTONIACCI v. ADOLFO VERGARA.

Plaintiff Christopher Antoniacci incorporates herein by reference the averments contained in Paragraphs 1 through 22 as if the same were fully set forth herein.

WHEREFORE, Plaintiff Christopher Antoniacci prays this Honorable Court grant judgment in his favor and against Defendant Adolfo Vergara for compensatory damages in an amount in excess of the arbitration limit established by Rule 53.2 of the Local Rules of Civil Procedure of the Eastern District of Pennsylvania, together with interest, costs of suit, and such other relief as this Honorable Court deems just and proper.

COUNT III -- CHRISTOPHER ANTONIACCI v. VERGARA CONTRACTING, LLC.

**24.** Plaintiff Christopher Antoniacci incorporates herein by reference the averments contained in Paragraphs 1 through 22 as if the same were fully set forth herein.

WHEREFORE, Plaintiff Christopher Antoniacci prays this Honorable Court grant judgment in his favor and against Defendant Vergara Contracting, LLC for compensatory damages in an amount in excess of the arbitration limit established by Rule 53.2 of the Local Rules of Civil Procedure of the Eastern District of Pennsylvania, together with interest, costs of suit, and such other relief as this Honorable Court deems just and proper.

COUNT IV -- PHYLLIS E. McGRADY v. OSCAR AMARILLA.

**25.** Plaintiff Phyllis E. McGrady incorporates herein by reference the averments contained in Paragraphs 1 through 22 as if the same were fully set forth herein.

WHEREFORE, Plaintiff Phyllis E. McGrady prays this Honorable Court grant judgment in her favor and against Defendant Oscar Amarilla for compensatory damages in an amount in excess of the arbitration limit established by Rule 53.2 of the Local Rules of Civil Procedure of

the Eastern District of Pennsylvania, together with interest, costs of suit, and such other relief as this Honorable Court deems just and proper.

COUNT V -- PHYLLIS E. McGRADY v. ADOLFO VERGARA.

**26.**     Plaintiff Phyllis E. McGrady incorporates herein by reference the averments contained in Paragraphs 1 through 22 as if the same were fully set forth herein.

WHEREFORE, Plaintiff Phyllis E. McGrady prays this Honorable Court grant judgment in her favor and against Defendant Adolfo Vergara for compensatory damages in an amount in excess of the arbitration limit established by Rule 53.2 of the Local Rules of Civil Procedure of the Eastern District of Pennsylvania, together with interest, costs of suit, and such other relief as this Honorable Court deems just and proper.

COUNT VI -- PHYLLIS E. McGRADY v. VERGARA CONTRACTING, LLC.

**27.**     Plaintiff Phyllis E. McGrady incorporates herein by reference the averments contained in Paragraphs 1 through 22 as if the same were fully set forth herein.

WHEREFORE, Plaintiff Phyllis E. McGrady prays this Honorable Court grant judgment in her favor and against Defendant Vergara Contracting, LLC for compensatory damages in an amount in excess of the arbitration limit established by Rule 53.2 of the Local Rules of Civil Procedure of the Eastern District of Pennsylvania, together with interest, costs of suit, and such other relief as this Honorable Court deems just and proper.

**JURY TRIAL DEMANDED.**

Plaintiffs hereby demand a trial by jury in this matter.

Respectfully submitted,

WISLER PEARLSTINE, LLP

By: _____
Michael J. Clement, Esq., Attorneys for Plaintiffs
Attorney I.D. 20039
460 Norristown Road, Suite 110
Blue Bell, PA  19422
Phone: 610/ 825-8400 / Fax: 610/ 828-4887
Email: mclement @ wispearl.com